United States Court of Appeals,

Eleventh Circuit.

No. 97-9006.

William S. HILEY, Plaintiff-Appellant,

v.

Jacqueline H. BARRETT, Sheriff, Fulton County, et al., Defendants-Appellees.

Sept. 21, 1998

Appeal from the United States District Court for the Northern District of Georgia (No. 1:97-CV-276-RCF); Richard C. Freeman, Judge.

Before HATCHETT, Chief Judge, HULL, Circuit Judge, and LENARD*, District Judge.

HATCHETT, Chief Judge:

This case is affirmed for the reasons stated in the district court's thorough and well-reasoned

order dated July 2, 1997, and cited as 968 F.Supp. 1564 (N.D.Ga.1997).

AFFIRMED.

---

*Honorable Joan A. Lenard, U.S. District Judge for the Southern District of Florida, sitting by designation.